USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/2020

ROCKEFELLER CENTER
1270 AVENUE OF THE AMERICAS   NEW YORK, NY 10020
T 212.307.5500   F 212.307.5598   www.Venable.com

**MEMO ENDORSED**

> Application GRANTED. The settlement conference scheduled for January 13, 2020 is ADJOURNED to **January 23, 2020, at 2:15 p.m.**, in Courtroom 20A. All other provisions of the Order Scheduling Settlement Conference (Dkt. No. 30) remain in effect, including the requirement that the parties conduct at least one good-faith settlement discussion prior to the conference, convey at least one good-faith offer and demand, and submit their confidential settlement letters to chambers no later than **January 17, 2020**. SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> January 7, 2020

January 7, 2020

**VIA ECF AND ELECTRONIC MAIL**
Honorable Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  *Viviana Espinosa v. Weill Cornell Medical College*,
         Case No. 1:18-cv-11665 (AT)

Dear Judge Moses:

This law firm represents Defendant Weill Cornell Medical College ("Defendant") in the above-referenced matter. Defendant submits this letter jointly with Plaintiff Viviana Espinosa ("Plaintiff," and, together with Defendant, the "Parties") to respectfully request a brief extension of the settlement conference currently scheduled for January 13, 2020. This is the Parties' first request to adjourn the conference and all Parties consent to this request.

On October 30, 2019, Your Honor scheduled a settlement conference for January 13, 2020. (Dkt. # 30). In the intervening time, the Parties have diligently continued to pursue discovery in this matter. At the Parties request, District Judge Torres recently extended the Parties' deposition discovery deadline to January 14, 2020. (Dkt. # 36). Based on this new deadline, the Parties anticipate conducting the final deposition in this matter on January 14, 2020. Accordingly, the Parties respectfully request that the settlement conference be adjourned to January 23, 2020 to allow the Parties time to complete discovery in advance of settlement efforts. The Parties are all available on January 23rd and, based on a telephone call with Chambers, understand that the Court also has availability that day. On behalf of the Parties, we thank the Court for its time and consideration in this matter.

                    Sincerely,

| | |
|---|---|
| /s/ Benjamin E. Stockman | /s/ Elizabeth Budnitz |
| Benjamin E. Stockman, Esq. | Elizabeth Budnitz, Esq. |
| VENABLE LLP | GODDARD LAW PLLC |
| 1270 Avenue of the Americas, 24th Floor | 39 Broadway, Suite 1540 |
| New York, New York 10020 | New York, NY 10006 |
| Tel.: (212) 307-5500 | Tel: (646) 504-8363 |
| bestockman@venable.com | liz@goddardlawnyc.com |
| *Attorneys for Defendant* | *Attorney for Plaintiff* |

1