UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK



VIVIANA ESPINOSA,

Plaintiff,

-against-

WEILL CORNELL MEDICAL COLLEGE,

Defendant.

18-CV-11665 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On January 22, 2020, during a preliminary telephonic settlement conference, counsel for the parties informed the Court that despite good faith efforts to reach an agreement, they are unwilling, at this time, to further compromise their settlement positions, which remain far apart. After a detailed discussion with counsel, the Court has concluded that the in-person settlement conference scheduled for January 23, 2020 would not be a productive use of the parties' or the Court's resources. Therefore, the settlement conference scheduled for January 23, 2020 is ADJOURNED *sine die*.

The parties are directed to file a joint letter, no later than 10 days after the defendant's anticipated motion for summary judgment is fully briefed, advising the Court of their views concerning the usefulness of a settlement conference at that time.

Dated: New York, New York
January 23, 2020

SO ORDERED.

_____
BARBARA MOSES
United States Magistrate Judge