USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIVIANA ESPINOSA,

            Plaintiff,

-against-

WEILL CORNELL MEDICAL COLLEGE,

            Defendant.

18 Civ. 11665 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    The case management conference scheduled for January 30, 2020 is ADJOURNED to **February 6, 2020** at **12:40 p.m.** By **January 30, 2020**, the parties shall submit their status letter.

    SO ORDERED.

Dated: January 27, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge