# G O D D A R D   L A W

39 Broadway, Suite 1540 | New York, N

Office. 646.504.8363

Fax. 212.473.8705

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:     6/1/2020

June 1, 2020

**VIA ECF**
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

> Re:  **Espinosa v. Weill Cornell Medical College**
> **Case No. 18-cv-11665-AT**

Dear Judge Torres:

This firm represents Plaintiff in the above-referenced matter. We write, with the consent of Defendant's counsel to respectfully request to file Exhibit 4 to Plaintiff's opposition to Defendants' Motion for Summary Judgment under seal.

This document contains and refers to confidential information concerning Plaintiff's health. Therefore, the public filling of said document would be a HIPAA Violation.

We thank you for your time and consideration of this matter.

Respectfully submitted,

GODDARD LAW PLLC

By: */s/ Megan S. Goddard*
Megan S. Goddard, Esq.
Elizabeth E. Budnitz, Esq.

cc: All Counsel of Record Via ECF

GRANTED.

SO ORDERED.

Dated:  June 1, 2020
New York, New York.

**ANALISA TORRES**
United States District Judge