# GODDARD LAW P[LLC]

39 Broadway, Suite 1540 | New York, NY 1[...]
Office. 646.504.8363
Fax. 212.473.8705
Megan@goddardlawnyc.com
WWW.GODDARDLAWNYC.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2022

January 7, 2022

**VIA ECF and EMAIL**
Torres_NYSDChambers@nysd.uscourts.gov

Hon. Analisa Torres
United States District Court Judge
Southern District of New York
500 Pearl Street – Courtroom 15D
New York, New York 10007

      Re:  *Viviana Espinosa v. Weill Cornell Medical College*
           *Civil Action No. 18-cv-11665-AT-BCM*

Dear Judge Torres:

    We are counsel to Plaintiff in the above referenced matter and write with Defendant's consent to request an extension of the deadline to file the Stipulation of Dismissal in this matter, from January 7, 2022 to February 11, 2022. The parties have a fully executed settlement agreement and request this additional extension of time in order to file the Stipulation of Dismissal upon satisfaction of the terms of the settlement.

    This is the third request for this relief. The prior requests have been granted. As noted above, Defendant consents to this request.

GRANTED.

SO ORDERED.

Dated: January 10, 2022
       New York, New York

*[signature]*
ANALISA TORRES
United States District Judge